UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH A. BUTLER,

      Petitioner,

v.                                                                          Case No. 8:05-cv-887-T-23EAJ

JAMES V. CROSBY, JR.,

      Respondent.

_____/

## ORDER OF DISMISSAL

      Butler filed a petition for writ of habeas corpus (Doc. 1) on May 11, 2005.[1]

Pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the

Middle District of Florida, an action is subject to dismissal if a motion for leave to proceed

*in forma pauperis* is not filed, or the required filing fee is not paid, within thirty days of the

commencement of the action. More than the thirty days have elapsed and Butler has not

filed the required motion or paid the required filing fee.

      Accordingly, this action is **DISMISSED**. The clerk shall **ENTER JUDGMENT**

against Butler and **CLOSE** this action.

      ORDERED in Tampa, Florida, on June 21, 2005.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

SA/ro

_____

[1]   The petition is clearly time-barred because it was not filed within the federal one-year limitations period. According to the petition, Butler's conviction was affirmed on direct appeal on January 29, 1999, and became final for limitations purposes ninety days later on April 29, 1999. Butler delayed filing his state Rule 3.850 motion for post-conviction relief until November 15, 2000, which is two hundred days beyond the one-year limitations deadline.